**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

MARCOS HERRERA PICON,

Petitioner,

v.

WARDEN OF ADELANTO ICE PROCESSING CENTER, et al.,

Respondents.

Case No. 5:26-cv-06704-PA-CTS

**ORDER ACCEPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE**

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, the other records on file herein, and the Report and Recommendation of the United States Magistrate Judge.

IT THEREFORE IS ORDERED that:

1. The Report and Recommendation is accepted and adopted;
2. Judgment shall be entered GRANTING the Petition;
3. Respondents must release **Petitioner Marcos Herrera Picon (A 248-005-914)** from custody within 24 hours of entry of this Order;
4. Respondents must return to Petitioner all property confiscated from him; and

///

5. Respondents are ENJOINED from re-detaining Petitioner without a pre-deprivation hearing.

DATED: November 19, 2026

PERCY ANDERSON
UNITED STATES DISTRICT JUDGE